

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00027-CV

_____

WILLIAM R. AND SUSAN M. KNODERER, Appellants

V.

STATE FARM LLOYDS, PENNI PERKINS AND TOM ROBERTS, Appellees

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 74,037

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

As part of the appellate record in this matter, original exhibits were transferred to this Court for our use when this appeal was before us. Specifically, original documents marked "Exhibit 31" were transferred to this Court. It appears to this Court that the proper repository for these exhibits should be the Hunt County District Clerk's Office. Accordingly, we order the clerk of this Court to transfer the original exhibits filed in this appeal into the keeping of the Hunt County District Clerk by mailing the exhibits to the district clerk via certified mail, return receipt requested.

We further order the Hunt County District Clerk, Stacey Landrum, on receipt of said exhibits, to sign and return to this Court the enclosed receipt for said exhibits.

IT IS SO ORDERED.

BY THE COURT

Date: January 9, 2015

RECEIPT FOR ORIGINAL EXHIBITS

I, Stacey Landrum, Hunt County District Clerk, hereby acknowledge receipt of the following original exhibits from the Court of Appeals, Sixth Judicial District, Texarkana, Texas, in the case of *William R. and Susan M. Knoderer v. State Farm Lloyds, Penni Perkins and Tom Roberts*, appellate cause number 06-13-00027-CV and trial court cause number 74,037:  original documents marked "Exhibit 31."

_____
Stacey Landrum
Hunt County District Clerk


Date: